# ELECTRONIC RECORD

COA #   05-13-00502-CR          OFFENSE:   22.02

STYLE:   Kelly Laura Sixtos v. The State of Texas          COUNTY:   Dallas

COA DISPOSITION:   AFFIRM          TRIAL COURT:   265th Judicial District Court

DATE: 8/26/2014          Publish: NO   TC CASE #:   F-1259374-R

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Kelly Laura Sixtos v. The State of Texas          CCA #:   1310-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _12/17/2014_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**